## Case No. 6,736.

### HOUSE v. CASH.

[2 Cranch, C. C. 73.] [1]

Circuit Court, District of Columbia. April Term. 1813.

DEPOSITIONS—ADMISSIBILITY OF—TIME OF TAKING.

When notice is given that a deposition will be taken between certain hours, it is not necessary to wait till the last hour.

Mr. Taylor, for defendant, objected to a deposition, because the defendant attended at three o'clock, and the deposition had been taken before that hour; the notice being that it would be taken between the hours of 11 a. m. and 5 p. m. He contended that the plaintiff was bound to keep open the examination during the whole time.

But THE COURT (THRUSTON, Circuit Judge,) overruled the objection.

## Case No. 6,737.

### HOUSE v. The LEXINGTON.

[The case reported under above title in 2 N. Y. Leg. Obs. 4, is the same as Case No. 6,767a.].